## IN THE UNITED STATES BANKRUPTCY COURT
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | Case No.: 18-20758 |
| Jesus Morales, | ) | |
| Elvia Morales, | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | Trustee Marilyn O. Marshall |

## NOTICE OF MOTION

**SERVED upon the following parties electronically:**
Marilyn O. Marshall  224 S. Michigan Ave. Suite 800  Chicago, IL 60604
Office of the U.S. Trustee, Region 11 219 S Dearborn St Room 873 Chicago, IL 60604
**and served upon the following parties via US Mail:**
Jesus Morales and Elvia Morales  3809 Wenonah Berwyn, IL 60402
**All Creditors received notice via the attached Service List.**

 **PLEASE TAKE NOTICE** that on **November 27, 2018**, at **9:30 a.m.** or as soon thereafter

as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar or any other

Bankruptcy Judge presiding in his place in **Room 642** at 219 S. Dearborn, Chicago, IL 60604,

and present the attached Motion to Vacate Order of Dismissal and Confirm Plan, and shall

request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

 I, Ted A. Smith, the undersigned attorney, hereby certify that I served a copy of this

Notice along with the attached Motion upon the parties listed above, as to the Trustee's counsel

via electronic service through ECF on **November 19, 2018** and as to the Debtor(s) and the

parties listed on the attached Service List/Matrix by causing same to be mailed in a properly

addressed envelope, postage prepaid, in the US Mail at 4309 W. Fullerton Ave. Chicago, IL

60639, before the hour of 5:00 p.m. on or before **November 19, 2018.**

/s/   Ted A. Smith                        .

Ted A. Smith #6271456
Smith Ortiz P.C.
Attorney for Debtor(s)
4309 W. Fullerton Ave.
Chicago, Illinois 60639
Tel.: (773) 384-7400
ted.smith@smithortiz.com

American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016


Amerifirst Hm Iprvt Fi
11171 Mill Valley Rd
Omaha, NE 68154


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One / Carson
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One / Menard
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One Na
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cbusasears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Chase Mortgage
Mail Code: OH4-7302
Po Box 24696
Columbus, OH 43224


Citibank/Sears
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Citibank/The Home Depot
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Comenity Bank/Carsons
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Comenity Bank/Express
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Comenity Bank/Victoria Secret
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 45318


Comenitybank/New York
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycapital/fe21cc
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Cook County Health & Hospital
25706 Network Place
Chicago, IL 60673


Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193


Discover Financial
Po Box 3025
New Albany, OH 43054


Honor Finance
909 Davis Street
Suite 260
Evanston, IL 60201


Ira T. Nevel, LLC
175 North Franklin Street
Suite 201
Chicago, IL 60606


Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201


PNC Bank
Attn: Bankruptcy Department
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101


Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165


Stanislaus Credit Control Service, Inc.
Po Box 480
Modesto, CA 95353

Syncb/Ashley Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Syncb/PLCC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank
c/o PRA Receivable Management LLC
PO Box 41021
Norfolk, VA 23541


Synchrony Bank/ JC Penneys
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Old Navy
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Sams Club
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Walmart
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

```
Target
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440


Verizon
Attn: Wireless Bankrupty Admin
500 Technology Dr Ste 500
Weldon Springs, MO 63304
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | Case No.: 18-20758 |
| Jesus Morales, | ) | |
| Elvia Morales, | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | Trustee Marilyn O. Marshall |

---

**MOTION TO VACATE ORDER OF DISMISSAL AND CONFIRM PLAN**

NOW COME the Debtors, Jesus Morales and Elvia Morales, (the "Debtors"), by and through their attorney, pursuant to Ted A. Smith of Smith Ortiz PC, to present their Motion to Vacate Order of Dismissal and Confirm Plan.  In support thereof, the Debtors state as follows:

1.     On July 25, 2018, the Debtors commenced the above captioned case by filing a petition for readjustment of debts of an individual with regular income under Chapter 13 of Title 11 of the United States Code.

2.     This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C 157(b).

3.     The Debtors filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code.  The Debtors also filed an Amended Plan for reorganization on November 1, 2018 ("Docket No. 38").  The case was never confirmed.  **See Attached Exhibit B: Amended Plan.**

4.     On November 6, 2018, this Honorable Court granted the Trustee's Motion to Dismiss for unreasonable delay and entered an Order Dismissing Case ("Docket No. 38").

5.     The Amended Plan filed on November 1, 2018 modified the dividend and the amount paid to the unsecured creditors.  The Amended Plan Docket No. 33 was served on the Trustee and creditors on November 1, 2018.  **See Attached Exhibit A: Proof of Service.**

6.      The Amended Plan filed on November 1, 2018 could not be confirmed on November 6, 2018 as it did not satisfy the necessary 21 day notice requirement to the Debtors' creditors.

7.      As of the date of presentment of the instant motion, the creditors would have received the necessary and required 21 day notice of the Amended Plan filed on November 1, 2018.

8.      As all creditors have been served notice of Amended Plan filed on November 1, 2018 Docket No. 33, the Trustee has all information necessary to confirm the Debtors' plan.

9.      The Debtors' Chapter 13 plan is feasible and should be confirmed.

WHEREFORE, the Debtors, Jesus Morales and Elvia Morales, pray:

A.      That this Court vacate the dismissal order entered on November 6, 2018.

B.      That this Court enter an Order confirming the Amended Plan filed on November 1, 2018 Docket No. 33.

C.      For such other relief as this Court deems proper and just.


___ /s/ *Ted A. Smith*_____
Attorney for Debtor


Ted A. Smith
Smith Ortiz P.C.
Attorney for Debtors
4309 W. Fullerton Avenue
Chicago, IL 60639
Tel.  (773) 384-7400
Email: ted.smith@smithortiz.com